# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DONALD CODY TARBELL, | Case No. 19-CV-1040 (NEB/DTS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| VICKI JANSSEN, | |
| Respondent. | |

The Court has received the September 30, 2019 Report and Recommendation of United States Magistrate Judge David T. Schultz. [ECF No. 27.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 27] is ACCEPTED;

2. The Petition for Writ of Habeas Corpus [ECF No. 1] is DENIED;

3. The Motion for Default Judgment [ECF No. 15] is DENIED;

3. The action is DISMISSED WITH PREJUDICE; and

4. No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 2, 2019　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel  
　　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel  
　　　　　　　　　　　　　　　　　　　　　United States District Judge